AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF __NEVADA_____

WILLIAM MITCHELL BELL,

|                        | |                                      |
|------------------------|-|--------------------------------------|
| Petitioner,            | | JUDGMENT IN A CIVIL CASE             |
| V.                     | |                                      |
|                        | | CASE NUMBER: **3:11-cv-00721-RCJ-WGC** |

JACK PALMER, et al.,

Respondents.

\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice to the filing of a new petition in a new action accompanied by either the required $5.00 filing fee or a properly completed application to proceed *in forma pauperis*.


__October 31, 2011__          __**LANCE S. WILSON**__
                                              Clerk


                                    __/s/ Katie Lynn Ogden__
                                         Deputy Clerk